```
 1  BRIGGS LAW CORPORATION [FILE: 1248.11]
    Cory J. Briggs (State Bar no. 176284)
 2  E-mail: service@briggslawcorp.com
    99 East "C" Street, Suite 111
 3  Upland, CA 91786
    Telephone:  909-949-7115
 4  Facsimile:  909-949-7121

 5  LAWYERS FOR CLEAN WATER, INC.
    Daniel G. Cooper (State Bar no. 153576)
 6  E-mail: cleanwater@sfo.com
    Layne Friedrich (State Bar no. 195431)
 7  Martin McCarthy (State Bar no. 194915)
    1004 A O'Reilly Avenue
 8  San Francisco, CA 94129
    Telephone:  415-440-6520
 9  Facsimile:  415-440-4155

10  Attorneys for Plaintiff Inland Empire Waterkeeper,              JS - 6
            a chapter of Orange County Coastkeeper
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INLAND EMPIRE WATERKEEPER, a chapter of ORANGE COUNTY COASTKEEPER,<br><br>Plaintiff,<br><br>vs.<br><br>NASCO GOURMET FOODS, INC., a California corporation,<br><br>Defendant. | CASE NO. EDCV 07-00477DDP(FMOx)<br><br>**FINAL ORDER ON CONSENT DECREE AND DISMISSAL** |

For good cause showing, it is now ordered, adjudged, and decreed that (*i*) the Consent Decree and Dismissal filed in this action concurrently with this Order is approved; (*ii*) this action is dismissed with prejudice; and (*iii*) the Court shall retain jurisdiction over this action as requested in the Consent Decree and Dismissal by the Parties.

Dated: January 15, 2009   _____
                          Dean D. Pregerson, Judge
                          United States District Court